**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **ERNESTO CONILL PEREZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. CIV-26-2219-R** |
| | ) | |
| **JOHN DOE 16,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER TO CURE DEFICIENCIES**

The Court is in receipt of Plaintiff's tendered documents in the above referenced matter. The documents are deficient in the area(s) indicated below:

**X** Plaintiff has not utilized the Court's complaint form.

__ Plaintiff has not submitted an in forma pauperis motion and/or Plaintiff has not paid the $405 filing fee.

**X** In forma pauperis motion is not on the proper form.

__ Plaintiff has not signed the in forma pauperis motion.

**X** In forma pauperis motion is missing financial information and/or signature of authorized officer of penal institution.

**X** In forma pauperis motion is missing the certified copy of Plaintiff's institutional accounts statement from **the appropriate official of each penal institution or jail at which you are or were confined during the six-month period immediately preceding this filing**. 28 U.S.C. § 1915(a)(2).

The Court **ORDERS** Plaintiff to cure the designated deficiencies **by September 14, 2026**. Failure to comply with this Order may result in the

dismissal of this action. The Clerk of the Court is directed to send Plaintiff the forms necessary to comply with this order.

**SO ORDERED** this 24th day of August, 2026.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE